934 A.2d 688

**Robert L. WOODARD, Petitioner**

v.

**COURT OF COMMON PLEAS, Philadelphia County, Respondent.**

**No. 124 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief and Application for Immediate Hearing are denied.

934 A.2d 689

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donald Thomas HIGHTOWER, Petitioner.**

**No. 126 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Petition for Extraordinary Relief is denied.